UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: DEANNA KELL  
3123 FAIRGROUND RD  
MONTGOMERY, AL 36110

CASE NO: 2131474

## INCOME WITHHOLDING ORDER

TO: GEORGIA TRIAL ATTORNEYS AT KIRCHEN & GRANT, LLC  
ATTN PAYROLL  
6825 JIMMY CARTER BLVD, STE 1400  
NORCROSS, GA 30071

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that GEORGIA TRIAL ATTORNEYS AT KIRCHEN & GRANT, LLC withhold from the wages, earnings, or other income (including vacation pay) of this debtor the sum of **$250.00 MONTHLY. INCLUDE THE DEBTOR'S NAME AND CASE NUMBER WITH EACH REMITTANCE** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
P O BOX 613108  
MEMPHIS TN 38101-3108

*OR* make payments electronically at https://www.tfsbillpay.com/employer

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month. The employer is also directed to notify the Trustee at 13trustee@ch13mdal.org if the employment status of the employee changes or the employee is terminated.

This Order supercedes any previous Order for payment in this case and continues in force and effect until further Order of this court.

Done Tuesday, January 3, 2023.

*/ s / Christopher L. Hawkins*  
Christopher L. Hawkins  
United States Bankruptcy Judge

cc: Debtor  
Debtor's Attorney